# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

v.

Sergio SANCHEZ-Ayala
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

E-FILING

CASE NUMBER: 08-70135 RS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __March 5, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                     ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__3/10/08__                              at          San Jose, California
     Date                                              City and State

Nandor J. Vadas
United States Magistrate Judge                       _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

DOCUMENT NO  1   CSA's INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

RE:    SANCHEZ-Ayala, Sergio A75 111 806

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)    Mr. SANCHEZ-Ayala is a 30-year-old male who has used twenty-two (22) aliases and four (4) dates of birth in the past.

(2)    Mr. SANCHEZ-Ayala has been assigned two (2) Alien Registration number of A75 111 806 and A78 095 668, FBI number of 823008VA6, California Criminal Information Index number of A10585011, and a Santa Clara County Personal File Number of DYE020.

(3)    Mr. SANCHEZ-Ayala is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on five (5) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| April 18, 1997 | Nogales, AZ |
| September 22, 1998 | Calexico, CA |
| June 30, 1999 | San Ysidro, CA |
| May 22, 2000 | Calexico, CA |
| May 31, 2002 | Otay Mesa, CA |

(4)    Mr. SANCHEZ-Ayala last entered the United States at or near San Ysidro, CA on or after May 31, 2002, by crossing the international border without inspection subsequent to deportation.

(5)    Mr. SANCHEZ-Ayala on a date unknown, but no later than March 5, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On March 7, 2008, Mr. SANCHEZ-Ayala was interviewed by Immigration Enforcement Agent (IEA) Andrew Tayaba at the U.S. ICE Office, San Jose, CA, and during that interview, Mr. SANCHEZ-Ayala was advised of his **Miranda** rights in English. Mr. SANCHEZ-Ayala waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   SANCHEZ-Ayala, Sergio A75 111 806

(6)   Mr. SANCHEZ-Ayala was, on February 14, 1996, convicted in the Superior Court of California, in and for the County of Alameda, for the offense of TAKE VEHICLE WITHOUT OWNER'S CONSENT, a felony, in violation of Section 10851(a) of the California Vehicle Code, and was sentenced to sixty-three (63) days in jail.

(7)   Mr. SANCHEZ-Ayala was, on March 12, 1997, convicted in the Superior Court of California, in and for the County of Alameda, for the offense of IMPORTATION, SALE, DISTRIBUTION, TO WIT: METHAMPHETAMINE, a felony, in violation of Section 11379(A)(1203) of the California Health and Safety Code, and was sentenced to three (3) years in prison.

(8)   Mr. SANCHEZ-Ayala was, on September 17, 1998, convicted in the Superior Court of California, in and for the County of Contra Costa, for the offense of RECEIVE/CONCEAL STOLEN PROPERTY, a felony, in violation of Section 496 of the California Penal Code, and was sentenced to seventy-five (75) days in jail.

(9)   Mr. SANCHEZ-Ayala was, on November 17, 1999, convicted in the Superior Court of California, in and for the County of Alameda, for the offense of POSSESSION FOR SALE CONTROLLED SUBSTANCE, TO WIT: METHAMPHETAMINE, an aggravated felony, in violation of Section 11378 of the California Health and Safety Code, and was sentenced to one hundred fifty one (151) days in jail.

(10)  Mr. SANCHEZ-Ayala was, on April 5, 2001, convicted in the United States District Court, Eastern District of California, for the offense of ILLEGAL ENTRY, in violation of 8 United States Code, Section 1325 and POSSESSION OF FALSELY MADE U.S. ID CARD, in violation of 18 United States Code, Section 1028(a)(6), and was sentenced to 18 months in prison.

(11)  On the basis of the above information, there is probable cause to believe that Mr. SANCHEZ-Ayala illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this  10th  day of  March , 2008

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE